# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)KRISTINA VERDEA,<br><br>Plaintiff,<br><br>v.<br><br>(2)STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.<br><br>Defendant. | Case No.:  18-cv-79-CVE-JFJ |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Kristina Verdea, by and through her counsel of record, dismisses her cause of action against Defendant, State Farm Mutual Automobile Insurance Co., with prejudice to the refiling of said cause.

Respectfully submitted,

/s/   Billy D. Griffin
Billy Griffin, OBA No. 17945
Griffin, Reynolds & Associates
210 SE 89th St.
Oklahoma City, OK 73149
Telephone:    (405) 721-9500
Facsimile:     (405) 721-9503
Oculaw2@aol.com
**ATTORNEY FOR PLAINTIFF**

/s/ Michael W. Brewer
**MICHAEL W. BREWER, OBA # 11769**
**HILTGEN & BREWER, P.C.**
9505 North Kelley Avenue
Oklahoma City, OK 73131
Telephone: (405) 605-9000
Facsimile: (405) 605-9010
**ATTORNEY FOR DEFENDANT STATE FARM STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.**

2